UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: DONOGHUE, BARBARA O' | § Case No. 09-70193 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/03/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 09/30/2010        By: /s/JAMES E. STEVENS
                                      Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: DONOGHUE, BARBARA O' | § | Case No. 09-70193 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 265,371.63 |
| *and approved disbursements of* | $ 227,962.15 |
| *leaving a balance on hand of* [1] | $ 37,409.48 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 6,580.85 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van EVera | $ | $ 110.75 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 5,436.00 | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,773.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 9,257.50 | $ 2,445.11 |
| 2 | Chase Bank USA NA | $ 6,644.63 | $ 1,755.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 29,873.69 | $ 7,890.32 |
| 4-2 | Chase Bank USA NA | $ 19,648.12 | $ 5,189.51 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 29,349.79 | $ 7,751.94 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim   Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                 Page 1 of 1                   Date Rcvd: Oct 04, 2010
Case: 09-70193                Form ID: pdf006               Total Noticed: 27

The following entities were noticed by first class mail on Oct 06, 2010.
 db           +Barbara J O' Donoghue,    715 Blackhawk Lane,    Marengo, IL 60152-8001
 aty          +Richard T Jones,   138 Cass Street,    Woodstock, IL 60098-3254
 tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
13455099      +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
13455100       Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
13870921      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13455116     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court:  Washington Mutual Card Services,    P.O. Box 660487,
                Dallas, TX 75266)
13455101      +Centegra Memorial Medical Center,    P.O. Box 1990,   Woodstock, IL 60098-1990
13455102      +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
13455103      +Chase,   c/o Michael Fine, Attorney,    131 S. Dearborn Street, 5th Fl.,    Chicago, IL 60603-5571
13819428       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13838450      +CitiMortgage, Inc.,    P.O. Box 829009,    Dallas, TX 75382-9009
13455105       Citibank,   P.O. Box 6003,    Hagerstown, MD 21747-6003
13455106       Citibank,   c/o Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-4047
13455104      +Citibank,   Post Office Box 790144,    Saint Louis, MO 63179-0144
13455107       Citimortgage-Bankruptcy Dept.,    MC0023,    Post Office Box 9442,   Gaithersburg, MD 20898-9442
13455109      +Lake/McHenry Pathology Assoc.,    520 E. 22nd St.,    Lombard, IL 60148-6110
13455110      +Marengo Rescue Squad,    110 Telegraph Street,    Marengo, IL 60152-3155
13455111      +McHenry Radiologists and Imaging,    P.O. BOX 220,    Mchenry, IL 60051-0220
13455112      +Midwest Diagnostic,    75 Remittance Dr., #3070,    Chicago, IL 60675-3070
13455113       Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
13834947      +PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13455114       Washington Mutual,    c/o IC System, Inc.,    Post Office Box 64887,    Saint Paul, MN 55164-0887
13455115      +Washington Mutual,    c/o Bureau of Collection Recovery,    7575 Corporate Way,
                Eden Prairie, MN 55344-2022
The following entities were noticed by electronic transmission on Oct 05, 2010.
13775910       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:20      DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO   43054-3025
13455108       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 05 2010 01:22:20      Discover,   12 Reads Way,
                New Castle, DE 19720-1649
13961210       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2010 01:21:33
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, Il 61108-2579
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 06, 2010**          **Signature:**   *Joseph Speetjens*