## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-70193
Case Name: DONOGHUE, BARBARA O'
Trustee Name: JAMES E. STEVENS

**Balance on hand:**            $     37,410.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $     37,410.11

UST Form 101-7-TFR (10/1/2010)

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,580.85 | 0.00 | 6,580.85 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,436.00 | 0.00 | 5,436.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van EVera | 110.75 | 0.00 | 110.75 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 12,377.60
Remaining balance: $ 25,032.51

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 25,032.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 94,773.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 9,257.50 | 0.00 | 2,445.18 |
| 2 | Chase Bank USA NA | 6,644.63 | 0.00 | 1,755.04 |
| 3 | PYOD LLC its successors and assigns as assignee of | 29,873.69 | 0.00 | 7,890.51 |
| 4 -2 | Chase Bank USA NA | 19,648.12 | 0.00 | 5,189.64 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 29,349.79 | 0.00 | 7,752.14 |

Total to be paid for timely general unsecured claims:  $  25,032.51
Remaining balance:  $  0.00

**UST Form 101-7-TFR (10/1/2010)**