# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: DONOGHUE, BARBARA O' | §   Case No. 09-70193 |
| | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $273,843.00<br>*(without deducting any secured claims)* | Assets Exempt:   $0.00 |
| Total Distribution to Claimants: $55,081.35 | Claims Discharged<br>Without Payment: $100,343.92 |
| Total Expenses of Administration: $98,847.03 | |

3) Total gross receipts of $ 265,372.26  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 111,443.88  (see **Exhibit 2** ), yielded net receipts of $153,928.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $30,048.84 | $30,048.84 | $30,048.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 98,597.03 | 98,847.03 | 98,847.03 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 94,492.39 | 94,773.73 | 94,773.73 | 25,032.51 |
| **TOTAL DISBURSEMENTS** | $94,492.39 | $223,419.60 | $223,669.60 | $153,928.38 |

4) This case was originally filed under Chapter 7 on January 26, 2009. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2010          By: /s/JAMES E. STEVENS

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% interest in Ruby E. Jones Family B Trust sub | 1129-000 | 265,000.00 |
| China & collectibles | 1129-000 | 367.00 |
| Interest Income | 1270-000 | 5.26 |
| **TOTAL GROSS RECEIPTS** | | **$265,372.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Baird & Warner Title Services | Monies paid to other 3 heirs | 8500-002 | 111,443.88 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$111,443.88** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baird & Warner Title Services | 4110-000 | N/A | 30,048.84 | 30,048.84 | 30,048.84 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$30,048.84** | **$30,048.84** | **$30,048.84** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 6,580.85 | 6,580.85 | 6,580.85 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,436.00 | 5,436.00 | 5,436.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van EVera | 3120-000 | N/A | 110.75 | 110.75 | 110.75 |
| Terry Firch | 3610-000 | N/A | 110.10 | 110.10 | 110.10 |
| Baird & Warner Title Services | 3510-000 | N/A | 12,870.00 | 12,870.00 | 12,870.00 |
| Baird & Warner Title Services | 3510-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Baird & Warner Title Services | 2500-000 | N/A | 3,726.15 | 3,726.15 | 3,726.15 |
| Baird & Warner Title Services | 2500-000 | N/A | 3,773.11 | 3,773.11 | 3,773.11 |
| Baird & Warner Title Services | 2500-000 | N/A | 1,295.00 | 1,295.00 | 1,295.00 |
| Baird & Warner Title Services | 3110-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Baird & Warner Title Services | 2500-000 | N/A | 61,695.07 | 61,695.07 | 61,695.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 98,597.03 | 98,847.03 | 98,847.03 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 8,382.55 | 9,257.50 | 9,257.50 | 2,445.18 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 6,644.63 | 6,644.63 | 1,755.04 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 27,753.57 | 29,873.69 | 29,873.69 | 7,890.51 |
| 4 -2 | Chase Bank USA NA | 7100-000 | N/A | 19,648.12 | 19,648.12 | 5,189.64 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 27,753.57 | 29,349.79 | 29,349.79 | 7,752.14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | McHenry Radiologists and Imaging | 7100-000 | 226.00 | N/A | N/A | 0.00 |
| NOTFILED | Marengo Rescue Squad | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake/McHenry Pathology Assoc. | 7100-000 | 372.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Card Services | 7100-000 | 6,188.98 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Memorial Medical Center | 7100-000 | 2,103.60 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 19,848.12 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Lutheran General Hospital | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 94,492.39 | 94,773.73 | 94,773.73 | 25,032.51 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-70193 | Trustee:     (330420)   JAMES E. STEVENS |
| Case Name:   DONOGHUE, BARBARA O' | Filed (f) or Converted (c): 01/26/09 (f) |
| | §341(a) Meeting Date:   02/26/09 |
| Period Ending: 01/31/11 | Claims Bar Date:   07/02/09 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 715 Blackhawk Lane, Marengo, | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Citibank | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods & furnishings-debt | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 4 | Miscellaneous books & pictures-debtor's possesss | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Necessary wearing apparel-debtor's possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous jewely-debtor's possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous sports equipment-debtor's possessi | 10.00 | 0.00 | DA | 0.00 | FA |
| 8 | Cash value life insurance policy | 580.00 | 0.00 | DA | 0.00 | FA |
| 9 | 25% interest in Ruby E. Jones Family B Trust sub | 62,000.00 | 66,250.00 | DA | 265,000.00 | FA |
| 10 | 2003 Saturn Vue; 125,000 miles | 4,338.00 | 0.00 | DA | 0.00 | FA |
| 11 | Canoe-debtor's possession | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Computer & printer-debtor's possession | 65.00 | 0.00 | DA | 0.00 | FA |
| 13 | China & collectibles | 4,000.00 | 2,000.00 | DA | 367.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.26 | FA |
| **14** | **Assets**     **Totals** (Excluding unknown values) | **$273,843.00** | **$68,250.00** | | **$265,372.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009     **Current Projected Date Of Final Report (TFR):**     September 14, 2010  (Actual)

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 09-70193 |
| Case Name: | DONOGHUE, BARBARA O' |
| | |
| Taxpayer ID #: | **-***7684 |
| Period Ending: | 01/31/11 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****11-65 - Money Market Account |
| Blanket Bond: | $166,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/10 | {13} | Action Auctioneering | proceeds from collectibles sale | 1129-000 | 367.00 | | 367.00 |
| 04/06/10 | | Wire out to BNYM account<br>9200******1165 | Wire out to BNYM account 9200******1165 | 9999-000 | -367.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -367.00 | 0.00 | |
| **Subtotal** | 367.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$367.00** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-70193 | |
| Case Name: | DONOGHUE, BARBARA O' | |
| | | |
| Taxpayer ID #: | **-***7684 | |
| Period Ending: | 01/31/11 | |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****11-65 - Money Market Account |
| Blanket Bond: | $166,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | | 9999-000 | 367.00 | | 367.00 |
| 04/29/10 | 11001 | Terry Firch | commision on sale of personal property | | 3610-000 | | 110.10 | 256.90 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.01 | | 256.91 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.02 | | 256.93 |
| 06/28/10 | | Baird & Warner Title Services | Debtor's portion of mother's estate | | | 37,147.95 | | 37,404.88 |
| | {9} | | | 265,000.00 | 1129-000 | | | 37,404.88 |
| | | | real estate commission to Baird & Warner and Remax of Naperville | -12,870.00 | 3510-000 | | | 37,404.88 |
| | | | payoff first mortgage Charter One Bank | -30,048.84 | 4110-000 | | | 37,404.88 |
| | | | earnest money retainer by realtor | -2,000.00 | 3510-000 | | | 37,404.88 |
| | | | 2009 real estate tax proration | -3,726.15 | 2500-000 | | | 37,404.88 |
| | | | 2010 real estate tax proration | -3,773.11 | 2500-000 | | | 37,404.88 |
| | | | portion of owner's policy paid by seller | -1,295.00 | 2500-000 | | | 37,404.88 |
| | | | Monies paid to other 3 heirs | -111,443.88 | 8500-002 | | | 37,404.88 |
| | | | Attorney's fees for seller | -1,000.00 | 3110-000 | | | 37,404.88 |
| | | | misc. costs to sell property including but not limited to roof repair, recordation stamps, etc. | -61,695.07 | 2500-000 | | | 37,404.88 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.16 | | 37,405.04 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.22 | | 37,407.26 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 2.22 | | 37,409.48 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.30 | | 37,409.78 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.31 | | 37,410.09 |
| 11/03/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.02 | | 37,410.11 |
| 11/03/10 | | To Account #9200******1166 | transfer to close money market account | | 9999-000 | | 37,410.11 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $37,520.21 | $37,520.21 |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 09-70193 | **Trustee:** | JAMES E. STEVENS (330420) | |
| **Case Name:** | DONOGHUE, BARBARA O' | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******11-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***7684 | **Blanket Bond:** | $166,000.00   (per case limit) | |
| **Period Ending:** | 01/31/11 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 37,520.21 | 37,520.21 | $0.00 |
| | | | Less: Bank Transfers | | 367.00 | 37,410.11 | |
| | | | **Subtotal** | | 37,153.21 | 110.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,153.21** | **$110.10** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-70193 | |
| **Case Name:** | DONOGHUE, BARBARA O' | |
| | | |
| **Taxpayer ID #:** | **-***7684 | |
| **Period Ending:** | 01/31/11 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******11-66 - Checking Account |
| **Blanket Bond:** | $166,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/10 | | From Account #9200******1165 | transfer to close money market account | 9999-000 | 37,410.11 | | 37,410.11 |
| 11/03/10 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 37,160.11 |
| 11/03/10 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $6,580.85, Trustee Compensation;  Reference: | 2100-000 | | 6,580.85 | 30,579.26 |
| 11/03/10 | 103 | DISCOVER BANK | Dividend paid  26.41% on $9,257.50; Claim# 1; Filed: $9,257.50; Reference: | 7100-000 | | 2,445.18 | 28,134.08 |
| 11/03/10 | 104 | Chase Bank USA NA | Dividend paid  26.41% on $6,644.63; Claim# 2; Filed: $6,644.63; Reference: | 7100-000 | | 1,755.04 | 26,379.04 |
| 11/03/10 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid  26.41% on $29,873.69; Claim# 3; Filed: $29,873.69; Reference: | 7100-000 | | 7,890.51 | 18,488.53 |
| 11/03/10 | 106 | Chase Bank USA NA | Dividend paid  26.41% on $19,648.12; Claim# 4 -2; Filed: $19,648.12; Reference: | 7100-000 | | 5,189.64 | 13,298.89 |
| 11/03/10 | 107 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  26.41% on $29,349.79; Claim# 5; Filed: $29,349.79; Reference: | 7100-000 | | 7,752.14 | 5,546.75 |
| 11/03/10 | 108 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 5,546.75 | 0.00 |
| | | | Dividend paid 100.00%        5,436.00 on $5,436.00;  Claim# ; Filed: $5,436.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%         110.75 on $110.75;  Claim# ; Filed: $110.75 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 37,410.11 | 37,410.11 | $0.00 |
| Less: Bank Transfers | 37,410.11 | 0.00 | |
| **Subtotal** | 0.00 | 37,410.11 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $37,410.11 | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-70193 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | DONOGHUE, BARBARA O' | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******11-66 - Checking Account |
| Taxpayer ID #: | **-***7684 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 01/31/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| MMA # ***-*****11-65 | | 367.00 | 0.00 | 0.00 |
| MMA # 9200-******11-65 | | 37,153.21 | 110.10 | 0.00 |
| Checking # 9200-******11-66 | | 0.00 | 37,410.11 | 0.00 |
| | | $37,520.21 | $37,520.21 | $0.00 |